```
 1  JOHN D. GIFFIN, CASB NO. 89608
    DARRELL C. MARTIN, CASB NO. 191773
 2  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 3  Suite 1500
    Four Embarcadero Center
 4  San Francisco, California 94111
    Telephone:  (415) 398-6000
 5  Facsimile:  (415) 981-0136

 6  Attorneys for Defendant
    LLOYD TRIESTINO DI NAVIGAZIONE S.P.A.
 7


 8  CORY A. BIRNBERG, CASB NO. 105468
    BIRNBERG & ASSOCIATES
 9  703 Market Street, #600
    San Francisco, CA 94103
10  Telephone:  (415) 398-1040
    Facsimile:  (415) 398-2001
11
    Attorneys for Plaintiff
12  MITCHELL FRANCIS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MITCHELL FRANCIS,                                   | ) Case No. 04-02271 PJH-ARB                                                         |
|-----------------------------------------------------|-------------------------------------------------------------------------------------|
|                   Plaintiff,                        | ) STIPULATION AND [~~PROPOSED~~]                                                    |
|   vs.                                               | ) ORDER CONTINUING MEDIATION                                                        |
|                                                     | ) COMPLETION DATE                                                                   |
| LLOYD TRIESTINO DI NAVIGAZIONE,                     | )                                                                                   |
| S.P.A.                                              | ) Date:  September 30, 2005                                                         |
|                                                     | ) Time:  9:00 a.m.                                                                  |
|                   Defendant.                        | ) Judge: The Honorable Phyllis Hamilton                                             |

The Parties to the above-entitled action jointly submit this Stipulation and [Proposed] Order Continuing the Mediation Completion date of September 30, 2005 for approximately 30 days.

The Parties are in the process of completing discovery, and have scheduled an independent medical examination of Plaintiff MITCHELL FRANCIS ("Plaintiff") for September 15, 2005 with Dr. Alan Greenwald.  Further, Defendant LLOYD TRIESTINO

- 1 -                                                                                    SF431673

1  DI NAVIGAZIONE, S.P.A. ("Lloyd Triestino") has requested additional wage
2  information and documents from Plaintiff, which Plaintiff has agreed to provide on or
3  before September 30, 2005.
4        However, the Parties also agree that they will not have adequate time to
5  fully evaluate the independent medical examination report prior to the mediation, which
6  is currently scheduled for September 20, 2005 at JAMS.  Further, without the additional
7  wage information, Lloyd Triestino does not expect that it will be in a position to fully
8  evaluate the case for settlement for purposes at the mediation.
9        The trial date in this matter is currently set for May 22, 2006, and the
10 Parties have rescheduled the mediation for October 20, 2005.  The Parties anticipate
11 that all discovery necessary for a meaningful mediation will be completed prior to that
12 date.
13       Based on the foregoing, the Parties hereby stipulate and respectfully
14 request that the mediation completion date scheduled for September 30, 2005, be
15 continued for approximately 30 days.
16       IT IS SO STIPULATED.
17
18 DATED: September ___, 2005

/s/ Darrell C. Martin
JOHN D. GIFFIN
DARRELL C. MARTIN
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
LLOYD TRIESTINO DI NAVIGAZIONE
S.P.A.

22 DATED: September ___, 2005

/s/ Cory A. Birnberg
CORY A. BIRNBERG
BIRNBERG & ASSOCIATES
Attorneys for Plaintiff
MITCHELL FRANCIS

- 2 -                                        SF431673

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION COMPLETION DATE – Docket

1  **PURSUANT TO STIPULATION IT IS ORDERED THAT:**

2  The Mediation Completion Date scheduled for September 30, 2005, is
3  continued to ___NOVEMBER 4, 2005___.

4  
5  Date: ___September 13___, 2005   _____
6  THE HONORABLE PHYLLIS HAMILTON
   UNITED STATES DISTRICT COURT JUDGE