**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MITCHELL FRANCIS,

    Plaintiff,

    v.

LLOYD TRIESTINO DI NAVIGAZIONE, S.P.A.

    Defendant.
_____/

No. C 04-2271 PJH

**ORDER GRANTING REQUEST FOR DISMISSAL**

    The parties having advised the court that they have reached a settlement, it is ORDERED that the action be dismissed.

**IT IS SO ORDERED.**

Dated: November 30, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge