UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MITCHELL FRANCIS,

    Plaintiff,

    v.

LLOYD TRIESTINO DI NAVIGAZIONE, S.P.A,

    Defendant.
_____/

No. C 04-2271 PJH

**JUDGMENT**

This action having been dismissed at the request of the parties,

it is Ordered and Adjudged

that the complaint is dismissed with prejudice.

Dated: November 30, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge